### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS ANCILLARY TO CERTAIN GRAND JURY PROCEEDINGS CONCERNING FORMER VICE PRESIDENT MIKE PENCE | Case: 1:23–mc–00035<br>Assigned To : Boasberg, James E.<br>Assign. Date : 3/30/2023<br>Case No. _____ Description: Misc.<br><br>Chief Judge James E. Boasberg |

### POLITICO LLC'S NOTICE OF JOINDER

Pursuant to Rule 20(a)(1) of the Federal Rules of Civil Procedure, POLITICO LLC hereby joins the Application for Access to Judicial Records Ancillary to Certain Grand Jury Proceedings Concerning Former Vice President Mike Pence in the above-captioned matter.

Dated:  March 31, 2023         Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Chad R. Bowman (#484150)
Lauren Russell (#1697195)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
bowmanchad@ballardspahr.com
russelll@ballardspahr.com

*Counsel for POLITICO LLC*



**RECEIVED**
MAR  31  2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March 2023, I caused true and correct copies of the foregoing to be served by email and U.S. Mail First Class on the following:

Emmet T. Flood
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
eflood@wc.com

*Attorneys for Mike Pence*

Leslie Cooper Vigen
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW Room 11308
Washington, DC 20005
leslie.vigen@usdoj.gov

*Attorneys for the United States of America*


/s/ *Charles D. Tobin*
Charles D. Tobin