UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE PRESS APPLICATION FOR ACCESS TO JUDICIAL RECORDS ANCILLARY TO CERTAIN GRAND JURY PROCEEDINGS CONCERNING FORMER VICE PRESIDENT MIKE PENCE | Miscellaneous Case No. 23-35 (JEB) |

## NOTICE OF FILING

The United States, by and through its attorneys, hereby gives notice that, on April 19, 2023, it moved for leave to file under seal and ex parte (1) its response to the Press Application for Access to Judicial Records Ancillary to Certain Grand Jury Proceedings Concerning Former Vice President Mike Pence; and (2) the Motion for Leave to File Under Seal.

Filing under seal and ex parte is appropriate here because the United States' filing responds to requests concerning an alleged grand jury investigation. The United States is obligated to neither confirm nor deny any allegations about any such investigation. *See* Fed. R. Crim. P. 6(e); *see also, e.g.*, *In re North*, 16 F.3d 1234, 1245 (D.C. Cir. 1994) ("when the media reports information alleged to be grand jury material, 'the government is obligated to stand silent' and not confirm the information, whether it is accurate or not" (citation omitted)). Disclosing any part of the United States' filing would necessarily have that effect.

Dated: April 19, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Senior Trial Counsel (DC Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel:  (202) 305-0727
Fax:  (202) 616-8470
Email:  leslie.vigen@usdoj.gov

*Counsel for the United States*