**REDACTED DOCUMENTS**