UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE GRAND JURY SUBPOENA
GJ ███████

Case No. ██████ (JEB)

Under Seal

*EX PARTE* TO GOVERNMENT AND PENCE ONLY

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Former Vice President Michael R. Pence's [5] Motion to Quash Subpoena is GRANTED IN PART and DENIED IN PART; and

2. Pence must testify in the grand jury on matters related to the ███ enumerated topics, with the exception that he may invoke the Speech or Debate Clause only as described in Part III.C.2.b of the accompanying Memorandum Opinion.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: March 27, 2023